536 S.E.2d 369

**In the Matter of Francis A. HUMPHRIES, Jr., Respondent.**

Supreme Court of South Carolina.

Aug. 3, 2000.

## ORDER

By order dated May 2, 2000, respondent was placed on interim suspension because he had been indicted on two counts of violating 18 U.S.C. § 1623 by knowingly making false declarations while testifying under oath before a Grand Jury of the United States in the District Court of South Carolina. On June 25, 2000, the indictments were dismissed. Respondent has now filed a petition in which he seeks to be reinstated to the practice of law. The petition is granted.

IT IS SO ORDERED.

/s/ James E. Moore, Acting C.J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.

/s/ Costa M. Pleicones, J.

TOAL, C.J., not participating.